FILED
10/03/2025
*Amy McGhee*
CLERK
Missoula County District Court
STATE OF MONTANA
By: Debbie Bickerton
DV-32-2024-0000676-PI
Larson, John W
7.00

MONTANA FOURTH JUDICIAL DISTRICT COURT, MISSOULA COUNTY

| TANYA S. CHESNUT,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC; ALBERTSON'S COMPANIES LLC; ALBERTSON'S COMPANIES, INC.; ALBERTSON'S, INC.; GATEWAY LIMITED PARTNERSHIP; and DOES 1-10,<br><br>Defendants. | Cause No. DV-32-2024-0000676-PI<br><br>Judge: Hon. John W. Larson<br><br>**ORDER DISMISSING ALBERTSON'S COMPANIES LLC, ALBERTSON'S COMPANIES, INC., ALBERTSON'S, INC., and GATEWAY LIMITED PARTNERSHIP;**<br><br>**AND**<br><br>**AMENDING CAPTION** |
|---|---|

The parties having stipulated to the dismissal of Albertson's Companies LLC, Albertson's Companies, Inc., Albertson's, Inc., and Gateway Limited Partnership from this lawsuit and good cause been shown, it is hereby ORDERED:

All claims against Albertson's Companies LLC, Albertson's Companies, Inc., Albertson's, Inc., and Gateway Limited Partnership are hereby DISMISSED.   In future filings, the caption shall be modified to name Albertson's LLC and Does 1-10 as the sole Defendants.

DATED this ____ day of _____, 2025.

_____
Hon. John W. Larson
DISTRICT COURT JUDGE

*Order to Dismiss Certain Named Defendants and Amend Caption*

Electronically Signed By:
Hon. Judge John W. Larson
Fri, Oct 03 2025 04:04:11 PM